United States District Court

Eastern District of California

V.S. Hollis,

   Plaintiff,       Civ. No. S-05-2415 DFL PAN P

             Order

           -oOo-

  November 23, 2005, plaintiff, a state prisoner, filed a document complaining of the conditions of his confinement.

  In order to commence an action, plaintiff must file a complaint (See Fed. R. Civ. P. 3) and pay the $250.00 filing fee or seek leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff has not done so. The court cannot issue orders for relief until an action has been commenced.

  Accordingly, the court hereby orders that:

  1. The clerk of the court shall send plaintiff the court's form for a civil rights action and an application to proceed in

forma pauperis by a prisoner.

    3.  Within 30 days, plaintiff shall file a complaint and pay the $250.00 filing fee or submit the completed application to proceed in forma pauperis by a prisoner.  Otherwise this file will be closed.

    Dated:  December 20, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge