IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOLLIS,

        Plaintiff,                      No. CIV S-05-2415 DFL PAN P

     vs.

WONG, et al.,

        Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2006, plaintiff filed a motion to proceed in forma pauperis. By order filed April 11, 2006, plaintiff's motion was denied as incomplete in that the certificate portion of the application had not been completed by prison officials. Also, the copy of his prison trust account appended thereto was not certified and was only for a period of three months immediately preceding the filing of the complaint, rather than the six-month period required by the in forma pauperis statute. See 28 U.S.C. § 1915(a)(2). Plaintiff was given thirty days within which to file a completed application.

        On April 18, 2006, plaintiff filed a response to the order denying his first motion to proceed in forma pauperis, together with a second, incomplete motion, stating that he is having

1

difficulty obtaining the certification from prison officials, as required by 28 U.S.C. § 1915(a)(2). Good cause appearing, plaintiff will be provided an additional opportunity to file a complete in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's April 18, 2006, motion to proceed in forma pauperis is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis by a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a complete in forma pauperis application on the form provided with this order, including a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 5, 2006.

UNITED STATES MAGISTRATE JUDGE

14/
holl2415.3c.new