IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON SYID HOLLIS,

        Plaintiff,                       No. CIV S-05-2415 DFL PAN P

    vs.

J.A. WONG,

        Defendant.              <u>ORDER</u>

                              /

        On April 30, 2007, plaintiff filed a complaint and application to proceed in forma pauperis, noting the instant case number.  Appended to the complaint are prison grievance forms referring to events that took place in 2006 and bearing dates in 2007.  Plaintiff seeks meaningful access to the law library and other legal materials.

        A review of the complaint at issue in this case reflects that plaintiff sued defendant Wong concerning an alleged wrongful cell change in 2005.  Moreover, the instant case was closed on August 4, 2006.  Accordingly, plaintiff's April 30, 2007 complaint is more appropriately filed as a new action.

        IT IS HEREBY ORDERED that the Clerk of the Court is directed to remove the April 30, 2007 complaint and application to proceed in forma pauperis from the instant action,

/////

/////

1  file them in a new action, randomly assign judicial officers, and notify plaintiff of the new case
2  number.
3  DATED: May 7, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; holl2415.opn