IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

V.S. HOLLIS,

       Plaintiff,                              No. CIV S-05-2415 DFL PAN P

       vs.

SGT. WONG, et al.,

       Defendants.                <u>ORDER</u>

       On June 16, 2006, findings and recommendations were issued recommending that this action be dismissed. On August 4, 2006, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, plaintiff filed on April 30, 2007, an amended complaint and an application to proceed in forma pauperis.

       The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

       So ordered.

Dated: May 23, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE